JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY LEE DOSS, | ) NO. CV 08-08240-MMM (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| JAMES D. HARTLEY, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:   March 31, 2011  .

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE